# FRANCZEKRADELET

ATTORNEYS & COUNSELORS

300 SOUTH WACKER DRIVE, SUITE 3400 | CHICAGO, IL 60606
T: 312.986.0300 | F: 312.986.9192 | WWW.FRANCZEK.COM

MICHAEL A. WARNER, JR.
312.786.6118
maw@franczek.com

December 3, 2014

**VIA ECF**

Honorable John G. Koeltl
United States District Court for the
    Southern District of New York
500 Pearl Street, Courtroom 12B
New York, NY   10007-1312

> Re:   **Knowledge Delivery Systems, Inc. v. Kimberly (Bates) Harris and Jane Kennedy**
> **Case No. 14-CV-7964**

Dear Honorable Judge Koeltl:

The above captioned matter is scheduled for an initial pretrial conference on December 8, at 4:30 p.m.  I am lead counsel for the Defendants/Counterclaimants.  On November 4, 2014, I filed a motion to appear pro hac vice.  I respectfully request the opportunity to appear telephonically at the December 8, 2014 conference.  I have consulted with Plaintiffs' counsel Nick Akerman regarding this request and he stated that he has no objection to my appearing telephonically.

Thank you in advance for your consideration.

Very truly yours,

Michael A. Warner, Jr.

MAW/bcs

cc:   Nathaniel H. Akerman
      Kristina Grimshaw
      Patrick M. DePoy

1361476.1