Nathaniel H. Akerman
Joshua Colangelo-Bryan
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019
Tel: (212) 415-9200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

KNOWLEDGE DELIVERY SYSTEMS, INC.,     :    Case No. 14-cv-7964

                    Plaintiff,     :

         - against -     :

KIMBERLY (BATES) HARRIS and JANE KENNEDY,     :

                  Defendants.     :

------------------------------------------------------------------x

### KNOWLEDGE DELIVERY SYSTEMS, INC.'S RESPONSE TO THE MOTION TO INTERVENE AS COUNTER-PLAINTIFFS

Plaintiff, Knowledge Delivery Systems, Inc., hereby states that it does not oppose the motion of Robert Crowe, Kelly Smith and the Sentarus Group to Intervene as Counter-Plaintiffs.

Dated:    New York, New York          **DORSEY & WHITNEY LLP**
           January 7, 2015

                                                    By _____
                                                      Nathaniel H. Akerman
                                                      Joshua Colangelo-Bryan
                                                      51 West 52nd Street
                                                      New York, NY 10019-6119
                                                      (212) 415-9200

                                                      *Attorneys for Plaintiff/Counterclaim-Defendant*
                                                      *Knowledge Delivery Systems, Inc.*

4823-4118-1985\1