USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/24/15

**DORSEY**
DORSEY & WHITNEY LLP

NATHANIEL H. AKERMAN
(212) 415-9217
FAX (646) 417-7119
akerman.nick@dorsey.com

April 15, 2015

*A CONFERENCE WILL BE HELD ON TUESDAY, MAY 5, 2015, AT 4:30PM*

*SO ORDERED.*
*/s/ JGKoeltl*
*4/24/15  U S D J*

Honorable John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 12B
New York, NY 10007-1312

Re:   *Knowledge Delivery Systems, Inc. v. Harris and Kennedy*, 14-cv-7964 (JGK)

Dear Judge Koeltl:

I represent the plaintiff Knowledge Delivery Systems, Inc. ("KDS") in the above-captioned case. I am writing this letter on behalf of the parties to seek an extension of the Court's current schedule pending the Court's ruling on the motion for intervention by three additional parties, Robert Crowe, Kelly Smith and the Sentarus Group. The motion was filed within the time set by the Court to add additional parties, and KDS responded with a statement that it does not oppose the motion.

The Court has fixed June 5, 2015 for the completion of discovery with dispositive motions due on July 17, 2015, Joint Pretrial Papers due on July 17, 2015, and the parties being ready for trial on July 31, 2015. While the parties have engaged in document discovery, it is difficult to maintain this schedule without certainty as to whether or not Crowe, Smith and the Sentarus Group will be permitted to intervene as parties in the case.

In addition, I am representing the defendant in a criminal trial, *U.S. v. John Sampson*, Cr. 13-269, before Judge Dora L. Irizarry in the Eastern District of New York beginning in late June that may run through August.

For all of the above reasons, it is requested that the current schedule be suspended until the Court decides the motion for intervention.

Respectfully submitted,

/s/ Nathaniel H. Akerman
Nathaniel H. Akerman

NHA/ek
cc: Michael Warner, counsel for the Defendants