UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED. 5-11-15

KNOWLEDGE DELIVERY SYSTEMS, INC,

          Plaintiff,

14 Cv. 7964 (JGK)

- against -

ORDER

KIMBERLY (BATES) HARRIS, ET AL.,

          Defendants.

JOHN G. KOELTL, District Judge:

The **Clerk is directed to close Docket No. 13** because that motion is no longer pending.

SO ORDERED.

Dated:    New York, New York
          May 9, 2015

                                  John G. Koeltl
                            United States District Judge